14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 9 2015

David J. Bradley, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § | Criminal No. **M-15-1745** |
| JAIME ADRIAN HERNANDEZ-HERNANDEZ § | 12/22/15 /lc |
| aka: JAIME ADRIAN AMARO HERNANDEZ- § | |
| HERNANDEZ § | |
| also known as Jose Hernandez-Hernandez § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about October 18, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

JAIME ADRIAN HERNANDEZ-HERNANDEZ
aka: JAIME ADRIAN AMARO HERNANDEZ-HERNANDEZ
also known as Jose Hernandez-Hernandez

an alien who had previously been denied admission, excluded, deported and removed, knowingly and unlawfully entered, attempted to enter, and was at any time found in the United States, to wit: near Edinburg, Texas, said defendant not having obtained the consent to reapply for admission into the United States from the Attorney General of the United States and Secretary of Homeland Security, the successor, pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557.

In violation of Title 8, United States Code, Sections 1326(a) and 1326(b).

A TRUE BILL

_____
FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY